■ In the Matter of MARGARET LIEBENSTEIN, Respondent, v FAROKH IRANI, Appellant. (Proceeding No. 1.) In the Matter of FAROKH IRANI, Appellant, v MARGARET LIEBENSTEIN, Respondent. (Proceeding No. 2.) [1 NYS3d 863]—

Appeal from an order of the Family Court, Rockland County (William P. Warren, J.), dated January 4, 2013. The order granted those branches of the mother's petitions which sought a determination that the father violated previous orders of visitation.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the father's contention, the Family Court's de-

termination that he intentionally and repeatedly violated multiple orders of visitation had a sound and substantial basis in the record (*see Matter of Wright v LaRose*, 271 AD2d 615 [2000]). The hearing evidence established that, on several occasions, the father failed to provide the mother with her court-ordered visitation.

The father's remaining contentions are without merit. Dillon, J.P., Leventhal, Sgroi and Hinds-Radix, JJ., concur.